UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 21  3 03 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

———————————————————X

HENRY MACKEY,

    Plaintiff

Civil Action
No: 3:02CV01881 (AWT)

VS.

METRO-NORTH RAILROAD
COMPANY, CONSOLIDATED RAIL
CORPORATION, and AMERICAN
FINANCIAL GROUP, INC., f/k/a
AMERICAN PREMIER
UNDERWRITERS, INC., f/k/a PENN
CENTRAL CORPORATION,

    Defendants

November 14, 2003

———————————————————X

## PLAINTIFFS' MOTION TO COMPEL METRO-NORTH

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6, 7, 8 and 9). A memorandum of a law and an affidavit are being filed herewith.

## FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.

[Handwritten margin notes: "1/8/04 – Denied without prejudice to refiling on 02/6881AWT as MJS ORD"]