*[Handwritten margin note: 1/8/04 – Motion denied without prejudice as moot.]*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

————————————————————X

| | |
|---|---|
| Henry Mackey, | Civil Action |
| Plaintiff | No: 3:02CV01881(AWT) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, ET AL., | DECEMBER 12, 2003 |
| Defendants | |

————————————————————X

**FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISRATE JUDGE MARGOLIS.**

### PLAINTIFFS' MOTION TO COMPEL THE "CONRAIL DEFENDANTS"

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Consolidated Rail Corporation ("Conrail"), American Financial Group, Inc. f/k/a American Premier Underwriters, Inc., f/k/a Penn Central Corporation (hereinafter referred to as the "Conrail Defendants") to produce documents responsive to requests for production ("RFP") (4, 5, 7, 9, 10, 13, 14, 15, 20, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33 and 35) and to respond to interrogatories (3, 4, 5, 6, 8 and 9).

An affidavit and memorandum of law accompany the instant motion.

